UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

Marsha Nesbitt,

                                    Plaintiff,

-against-

Manhattan District Attorney Office, Frederick Watts,

                                    Defendants.

------------------------------------------------------------------------ x

**NOTICE OF APPEARANCE**

08 Civ. 6663 (JSR)(FM)

      **PLEASE TAKE NOTICE** that I am the Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, assigned to represent defendants the Manhattan District Attorney's Office and Frederick Watts in the above-referenced action. Accordingly, I respectfully request that any future correspondence, filings, ECF notifications or other information relating to this matter be sent to me at the address below.

Dated:      New York, New York
               August 27, 2008

                                            **MICHAEL A. CARDOZO**
                                            Corporation Counsel of the
                                              City of New York
                                            Attorney for the Defendants
                                            100 Church Street, Room 2-188
                                            New York, New York 10007
                                            (212) 788-0917

                                By:   */s/ Devor Deland Perry/*
                                       Devor Deland Perry (DP1012)
                                       Assistant Corporation Counsel
                                       dperry@law.nyc.gov

TO:     Marsha Nesbitt (by first class mail)
         Plaintiff *Pro Se*
         240 West 129th Street, #4C
         New York, New York 10027

## **CERTIFICATE OF SERVICE**

I hereby certify that, on August 27, 2008, I caused a true and correct copy of the foregoing Notice of Appearance to be served upon Marsha Nesbitt, Plaintiff *Pro Se*, by placing same in a postage-paid envelope addressed to Marsha Nesbitt, 240 West 129th Street, #4C, New York, New York 10027, that being the address that plaintiff designated for receipt of such material, and causing the envelope to be placed in an official depository under the exclusive care and control of the United States Postal Service.

Devor Deland Perry (DP1012)
Assistant Corporation Counsel

Docket No. 08 Civ. 6663 (JSR)(FM)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Marsha Nesbitt,

Plaintiff,

-against-

Manhattan District Attorney Office, Frederick Watts,

Defendants.

### NOTICE OF APPEARANCE

***MICHAEL A. CARDOZO***
*Corporation Counsel of the City of New York*
*Attorney for Defendant*
*100 Church Street, Room 2-188*
*New York, N.Y. 10007*

*Of Counsel: Devor Deland Perry*
*Tel: (212) 788-0917*
*Law Manager No. 2008-029688*

*Due and timely service is hereby admitted.*

New York, N.Y. ..................................., 200......

.................................................... *Esq.*

*Attorney for*..........