USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/2/08



**MEMO ENDORSED**

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

DEVOR DELAND PERRY
Assistant Corporation Counsel
Phone: (212) 788-0917
Fax: (212) 788-0940
E-mail: dperry@law.nyc.gov

August 28, 2008

**APPLICATION GRANTED
SO ORDERED**

*[signature]*

Frank Maas, USMJ  9/2/08

<u>VIA FACSIMILE TRANSMISSION</u>
Honorable Frank Maas
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 740
New York, New York 10007

    Re:  <u>Marsha Nesbitt v. Manhattan District Attorney Office et al.</u>
          08 Civ. 6663 (JSR)(FM)

Dear Judge Maas:

        I am an Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for defendants the Manhattan District Attorney's Office and Frederick Watts in the above-referenced action. On August 27, 2008, the parties spoke with Judge Rakoff's clerk, who informed us that this case was being referred to Your Honor. I write to respectfully request that defendants' time to respond to the complaint be extended from August 19, 2008 until October 8, 2008. I received this case on Monday, August 25, 2008 after defendants' time to respond had already expired. This is defendants' first request for an enlargement of time.

        Plaintiff, who appears *pro se*, brings this action pursuant to the Age Discrimination in Employment Act, New York State Human Rights Law, and New York City Human Rights Law alleging that, because of her age, she did not receive the appropriate salary increase with her promotion to Senior Witness Aid Services Representative.

        Defendants seek this extension of time to enable our office to investigate thoroughly plaintiff's allegations, consult with our clients, and prepare an appropriate response to the complaint. I have consulted with plaintiff, and she consents to this request.

I thank the Court for its consideration of this request.

Respectfully submitted,

*Devor Deland Perry*

Devor Deland Perry
Assistant Corporation Counsel

cc: Marsha Nesbitt (by Overnight Delivery)
Plaintiff *Pro Se*
240 West 129th Street, #4C
New York, New York 10027

NYC LAW DEPARTMENT    Fax:2127880940    Aug 28 2008 15:46    P.03