UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
                                                      :
**MARSHA NESBITT,**                                   :     <u>ORDER</u>
                                                      :
           **Plaintiff,**          :     08 Civ. 6663 (SAS) (FM)
                                                      :
   -against-                                     :
                                                      :
**MANHATTAN DISTRICT ATTORNEY**                       :
**OFFICE, FREDERICK WATTS,**                          :
                                                      :
           **Defendants.**        :
------------------------------------------------------X

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

      I have reviewed the Report and Recommendation ("R&R") of United States Magistrate Judge Frank Maas, dated March 27, 2009, which recommends that defendants' motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) be granted.

      Although plaintiff was given the opportunity to file objections to the R&R by April 13, 2009, she chose not to do so. Based on my independent review, I find that defendants' res judicata argument has merit and therefore adopt the R&R in full. The Clerk of the Court is directed to close the instant motion (Document # 9) and this case.

SO ORDERED:

_____
Shira A. Scheindlin
U.S.D.J.

Dated:	New York, New York
		May 21, 2009

## - Appearances -

**Plaintiff (Pro Se):**

Marsha Nesbitt
240 West 29th Street,
Apt. # 4C
New York, NY 10027
(212) 222-1945

**For Defendants:**

Devor D. Perry
Assistant Corporation Counsel
NYC Law Department
100 Church Street
New York, NY 10007
(212) 788-0917